# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00188-CR

**Paul B. Galvan, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
### NO. 83-002-K, THE HONORABLE JOHN R. CARTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In 1983, appellant Paul B. Galvan was convicted of injury to a child and sentenced to 50 years' imprisonment. In 1985, this Court affirmed his conviction on appeal. *Galvan v. State*, 699 S.W.2d 663, 672 (Tex. App.—Austin 1985, writ ref'd). On March 17, 2014, appellant filed a notice of appeal purporting to appeal "said conviction."[1] On June 6, 2014, a clerk's record was filed.

On June 10, 2014, we notified appellant that we found no appealable judgment or order in the record. We requested a written response from appellant, identifying a judgment or appealable order and explaining how we have jurisdiction over this appeal, and advised appellant that the failure to file a response would result in the dismissal of this appeal for lack of jurisdiction. No response has been filed.

---

[1] A document entitled *Judgment Granting Change of Venue*, filed January 3, 1983, accompanied the notice of appeal.

Finding no appealable judgment or order in the record, we dismiss this appeal for want of jurisdiction.

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed:   July 9, 2014

Do Not Publish